In the Matter of the Accounting of MARY DOYLE, as Administratrix of the Estate of GEORGE VARGO, Deceased, Respondent.   ROSE CAROHIA et al., Appellants.—

Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ., concur.